AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Snider | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:20-cv-00670-P |
| | ) |
| Cain et al | ) |
| *Defendant* | ) |

**Summons in a Civil Action**

**TO:** Scott Cain, Mayor of the City of Cleburne

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Warren Norred
    515 E. Border St.
    Arlington , TX 76010

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 06/29/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00670-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) __Scott Caine, Mayor of the City of Cleburne__
was received by me on (*date*) __6-29-20__.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) __City Secretary's office c/o Cynthia Chapman__, who is designated
by law to accept service of process on behalf of (*name of organization*) __Scott Cain, Mayor of the City of Cleburne at 10, N. Robinson, Cleburne, TX__ on (*date*) __6-30-20__; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*): _____
_____

My fees are $ __—__ for travel and $ __—__ for services, for a total of $ __—__

I declare under penalty of perjury that this information is true.

Date: __6-30-20__

_[signature]_
Server's signature

__David Barbera / Process Server__
Printed name and title

__301 Commerce Street, Ste. 240, Ft. Worth, TX__
Server's address

**Cynthia Chapman**
City of Cleburne
Legal Secretary

817.645.0907
Metro 817.558.1804

cynthia.chapman@cleburne.net
www.cleburne.net

10 N. Robinson St.
P.O. Box 677
Cleburne, TX 76033-0677

cleburne
this is texas