IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALAN SNIDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00670-P |
| | § | |
| SCOTT CAIN, AND CITY OF CLEBURNE, | § § | |
| | § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff Alan Snider's ("Plaintiff") Original Complaint, in which he complains that "Defendant City of Cleburne ("City") and its mayor, Defendant Scott Cain . . . violated [his] liberties including the right to travel guaranteed by the Texas and United States Constitutions." ECF No. 1. The Court interprets Plaintiff's Original Complaint as including a challenge to the constitutionality of a Texas state statute.

Accordingly, pursuant to Texas Government Code § 402.010(a), Plaintiff is **ORDERED** to complete and file the form promulgated by the Office of Court Administration of the Texas Judicial System with the Clerk's Office on or before **August 18, 2020**. A copy of the required form is attached to this Order as Exhibit A and may also be found online at: https://www.txcourts.gov/rules-forms/challenging-the-constitutionality-of-a-state-statute/.

**SO ORDERED** on this **11th** day of **August**, **2020**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

# Exhibit A

# Challenge to Constitutionality of a State Statute

**Print**

This form must be completed by a party filing a petition, motion or other pleading **challenging the constitutionality of a state statute**. The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

**Cause Number** (*For Clerk Use Only*):

**Court** (*For Clerk Use Only*):

Styled:

(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)

**Contact information for party\* challenging the constitutionality of a state statute.** (*\*If party is not a person, provide contact information for party, party's representative or attorney.*)

Name:  
Address:  
City/State/Zip:  
Email:  

Telephone:  
Fax:  
State Bar No. (if applicable):  

Person completing this form is:  ☐ Attorney for Party  ☐ Unrepresented Party  ☐ Other:

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☐ Petition    ☐ Answer    ☐ Motion (Specify type):
☐ Other:

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☐ Yes    ☐ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

9/5/13