UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

**Alan Snider,**
    Plaintiff;

    v.

**Scott Cain, et al.,**
    Defendants.

Case No. 4:20-cv-00670-P

# PLAINTIFFS' NOTICE OF SERVICE OF INITIAL DISCLOSURES

**To all parties in interest:**

Plaintiff Alan Snider served initial disclosures on September 23, 2020, in accordance with Rule 26(a)(1) and the Court's Order Requiring Scheduling Conference and Report for Contents of Scheduling Order (Doc. 19).

   */s/ Warren V. Norred*
   Warren V. Norred, Texas Bar No. 24045094
   wnorred@norredlaw.com
   **NORRED LAW, PLLC**
   515 E. Border; Arlington, Texas 76010
   Telephone: (817) 704-3984; Facsimile: (817) 524-6686
   Counsel for Plaintiff Alan Snider

CERTIFICATE OF SERVICE - I certify that service of the disclosures occurred on above was served on all parties seeking service in the instant case via the Court's e-file system on September 23, 2020, and this notice by the Court's electronic service on September 24, 2020.

   */s/Warren V. Norred*